# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JACQUELINE MOORE, | : | Case No. 3:16-cv-178 |
| | : | |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of

United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was

originally referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been

filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has

expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1.  The Report and Recommendations filed on August 2, 2017
    (Doc. #13) is ADOPTED in full;

2.  The Commissioner's non-disability finding is **VACATED**;

3.  No finding is made as to whether Plaintiff Jacqueline Moore
    was under a "disability" within the meaning of the Social
    Security Act;

4.  This matter is **REMANDED** to the Social Security
    Administration under sentence four of 42 U.S.C. § 405(g) for

further consideration consistent with the Report and
Recommendations and this Decision; and

5.     The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date:   8 -17-17

Walter H. Rice
United States District Judge